**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **GENESIS OCAMPO**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CERTIS USA LLC**,<br><br>Defendant. | Case No. 1:25-cv-03425-JBK |

**NOTICE OF SETTLEMENT**

Plaintiff, Genesis Ocampo ("Plaintiff"), by and through her attorneys, respectfully advises this Honorable Court that this matter with Defendant Certis USA LLC ("Defendant") has been settled with all terms required to effectuate the settlement to be concluded within twenty (20) business days after a Release has been executed and tendered. The Parties will file a Joint Stipulation of Voluntary Dismissal within thirty days.

By: *<u>/s/ Daniel Tomascik</u>*

Kevin Laukaitis*
Daniel Tomascik (AIS# 2412051161)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 559-6072
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

Daniel Srourian, Esq.*
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr Ste 200
Beverly Hills, California 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

**Pro Hac Vice Forthcoming*